IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT SCHARF,<br><br>Plaintiff,<br><br>vs.<br><br>PHM BRANDS, LLC, JOHN MASON,<br>and BRYAN LEDGERWOOD,<br><br>Defendants. | **8:24CV415**<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion to Amend the Final Progression Order, Filing No. 43.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for February 24, 2026 is <u>continued</u> will be held with the undersigned magistrate judge on **June 30, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 17, 2026.

3) The deadline for filing motions to dismiss and motions for summary judgment is July 10, 2026.

1

4)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 17, 2026.

5)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)      All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 12th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge